\IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 3:21cr132(2) |
|---|---|---|
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| BRANDON RAINEY, | : | |
| Defendant. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 12/6/2021 |
| Jury Trial Date | 1/31/2022 (from 12/13/2021) |
| Final Pretrial Conference (by telephone) | 1/24/2022 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 1/18/2022 |
|    Other Motions | 1/21/2022 |
| Discovery Cut-off | 1/21/2022 |
| Speedy Trial Deadline | waived by Defendant's motion to continue and acceptance of 1/31/2022 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code Section 3161 et seq. |

December 7, 2021

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE